```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15183
   ALBERTO GONZALEZ SR
   NAOMI GONZALEZ                           CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-1572     SSN XXX-XX-7452

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/17/2006 and was confirmed 03/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was converted to chapter 7 after confirmation 12/02/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00           .00            .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED          .00            .00
CERTEGY                   UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED          890.00          .00         588.91
COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00            .00
COOK COUNTY TREASURER     SECURED NOT I    1889.86           .00            .00
PATHOLOGY CONSULTANTS OF  UNSECURED       NOT FILED          .00            .00
PREMIER BANCARD CHARTER   UNSECURED          407.53          .00         269.66
ADVOCATE ILLINOIS MASONI  UNSECURED       NOT FILED          .00            .00
HSBC BANK NEVADA/HSBC CA  UNSECURED          875.65          .00         579.40
PEOPLES GAS LIGHT & COKE  UNSECURED          661.69          .00         437.84
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      20.08           .00          20.08
COOK COUNTY TREASURER     UNSECURED       NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC   ATTORNEY         1993.00           .00        1993.00
*CHAD M HAYWARD           DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                        267.34
DEBTOR REFUND             REFUND                                         140.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 4,296.23

PRIORITY                                              .00
SECURED                                             20.08
UNSECURED                                        1,875.81
ADMINISTRATIVE                                   1,993.00
TRUSTEE COMPENSATION                               267.34
DEBTOR REFUND                                      140.00
                        ---------------        ---------------
TOTALS                  4,296.23                 4,296.23

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 15183 ALBERTO GONZALEZ SR & NAOMI GONZALEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/04/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE